Francisco A. Villegas
fvillegas@cohengresser.com
Joyce Kung
jkung@cohengresser.com
**COHEN & GRESSER LLP**
800 Third Avenue, 21st Floor
New York, NY 10022
Telephone: (212) 957-7600
Facsimile: (212) 957-4514
*Attorneys for Plaintiffs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 2, 2013

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEUROGRAFIX, a California corporation; NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., a California corporation; and IMAGE-BASED SURGICENTER CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York non-profit corporation,<br><br>Defendant. | Civil Action No. 1:12cv8023 (TPG) |

### JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS RELATING TO THE USE OF PRODUCTS SOLD BY THE GENERAL ELECTRIC COMPANY

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., and IMAGE-BASED SURGICENTER CORPORATION, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims relating to the use of products sold by the General Electric Company. Each party shall bear its own attorneys' fees and costs.

Dated: December 18, 2012

Respectfully submitted,

By: _____
Francisco A. Villegas
Joyce Kung
COHEN & GRESSER LLP
800 Third Avenue, 21st Floor
New York, New York 10022
Telephone: 212-957-7600
Fax: 212-957-4514
fvillegas@cohengresser.com
jkung@cohengresser.com

By: _____
Karen Y. Hui
Associate General Counsel
Office of the General Counsel
Columbia University
535 West 116th Street
412 Low Memorial Library,
Mail Code 4308
New York, New York 10027
Telephone: 212-854-5181
Fax: 212-854-7656
kyh@gc.columbia.edu

Attorneys for Plaintiffs Neurography Institute Medical Associates, Inc., Neurografix and Image-Based Surgicenter Corporation

Attorney for Defendants The Trustees of Columbia University in the City of New York

IT IS SO ORDERED this 2d day of January, 2013

_____
Hon. Thomas P. Griesa
United States District Judge